UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WINCE,<br><br>             Plaintiff,<br><br>      v.<br><br>DR. PATEL ISMAIL, et al.,<br><br>             Defendants. | 1:06-cv-01387-AWI-SMS-PC<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS<br><br>(Doc. 1) |

Plaintiff was a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on October 6, 2006. The complaint appears to state a cognizable claim for relief for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth Amendment against defendants Dr. Patel Ismail and Carrie Armstreny, R.N. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Dr. Patel Ismail and Carrie Armstreny, R.N.;
2. The Clerk of the Court shall send Plaintiff two (2) USM-285 form, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint, filed October 6, 2006.
3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

Court with the following documents:

 a. Completed summons;

 b. One completed USM-285 form for each defendant listed above; and

 c. Three (3) copies of the endorsed second amended complaint filed October 6, 2006.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   September 11, 2008**     /s/ Sandra M. Snyder
                UNITED STATES MAGISTRATE JUDGE